GEORGE VALLEJO v. THE STATE.

No. 9197.    Delivered June 17, 1925.

Transporting Intoxicating Liquor—Statement of Facts—Filed too Late.

No bills of exception appear in the record. The statement of facts was filed too late to be considered. The cause is affirmed.

Appeal from the District Court of Cameron County. Tried below before the Hon. A. W. Cunningham, Judge.

Appeal from a conviction for transporting intoxicating liquor; penalty, two years in the penitentiary.

*A. L. Lewis,* for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for transporting intoxicating liquor. Punishment, two years in the penitentiary.

Appellant and two other parties were jointly indicted. A severance was granted. When appellant's case was called he entered a plea of guilty. The statement of facts appear to have been filed too late to be considered. However, it had been examined before the delayed ·filing was noticed. Nothing appears therein which would authorize disurbing the verdict.

The judgment is affirmed.

*Affirmed.*